DAN RAYFIELD
Attorney General
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathaniel.Aggrey@doj.oregon.gov

SETH LICHENSTEIN-HILL #212684
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Seth.Lichenstein-Hill@doj.oregon.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION


| JACOB STROCK, TARJEN JOKON, JAMES LIBOKMETO, JAMES DENTEL, MICHAEL WESLEY, and DYLAN PETERSON, | Case No. 2:22-CV-01904-AN |
|---|---|
| Plaintiffs, | DEFENDANTS' AMENDED LAY WITNESS LIST |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS, JAMIE MILLER, MIKE REAL, DAVID JANTZ, BRANDON KROPP, BLAKE SURERUS, STACY BROTHERTON, MICHAEL FRANKS, and TYLER TARVIN, | |
| Defendants. | |


Page 1 -   DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

Defendants Oregon Department of Corrections, Jamie Miller, Mike Real, David Jantz, Brandon Kropp, Blake Surerus, Stacy Brotherton, Michael Franks, and Tyler Tarvin by and through their counsel of record, Nathaniel Aggrey, Senior Assistant Attorney General, and Seth Lichenstein-Hill, Senior Assistant Attorney General, identify the following witnesses they will likely call to testify at trial in this action.  Impeachment witnesses are not identified.

1. **Stacy Brotherson**.  Mr. Brotherson is currently a Correctional Officer at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914.  Mr. Brotherson was employed as a Correctional Officer during the times material to Plaintiffs' civil complaint and is expected to testify to and about: his experience and background with being a correctional officer and how he became a correctional officer; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; processing and housing inmates when they arrive at the disciplinary segregation unit; his interaction with the Plaintiffs before and on the day of the alleged incident; how he first learned of the Plaintiffs' allegations against him; and responding to the Plaintiffs' trial testimony as necessary.  He is scheduled to appear in court and his direct testimony is expected to take approximately 30 minutes.

2.

3. **David Jantz**.  Mr. Jantz is currently a Correctional Captain at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914.  Mr. Jantz was employed at SRCI during the times material to Plaintiffs' civil rights complaint and is expected to testify to and about: his experience and background with being a correctional captain and how he became a correctional captain; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray and decontamination from being exposed to pepper spray; his

Page 2 -   DEFENDANTS' AMENDED LAY WITNESS LIST

interaction with the Plaintiffs before and on the day of the alleged incident; how he first learned of the Plaintiffs' allegations against him; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

4. **Brandon Kropp.** Mr. Kropp is currently a Correctional Officer at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. Mr. Kropp was employed at SRCI as a Correctional Officer, during the times material to Plaintiffs' civil rights complaint and is expected to testify to and about: his experience and background with being a correctional officer and how he became a correctional officer; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force rules and policy at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; where he was assigned and his duties on the date of the alleged incident at SRCI; his interaction with the Plaintiffs before and on the day of the alleged incident; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

5. **Jamie Miller.** Mr. Miller is currently the Eastside Administrator for ODOC. Mr. Miller was employed at SRCI as the Assistant Superintendent of Security, during the times material to Plaintiffs' civil rights complaint and is expected to testify to and about: his experience and background with being an assistant superintendent and how he became an assistant superintendent; how long he worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force rules and policy at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; where he was assigned and his duties on the date of the alleged incident at SRCI; his interaction with the Plaintiffs before and on the day of the alleged incident;

Page 3 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

6. **Michael Real.** Mr. Real is currently a Correctional Lieutenant at Snake River Correctional Institution ("SRCI") 777 Stanton Blvd, Ontario, Oregon 97914. Mr. Real was employed as a Correctional Lieutenant, during the times material to Plaintiffs' civil rights complaint and is expected to testify to and about: his experience and background with being a correctional lieutenant and how he became a correctional lieutenant; how long he worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force rules and policy at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; where he was assigned and his duties on the date of the alleged incident at SRCI; his interaction with the Plaintiffs before and on the day of the alleged incident; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

7. **Blake Surerus.** Mr. Surerus is currently a Correctional Officer at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. Mr. Surerus was employed as a Correctional Officer during the times material to Plaintiffs civil complaint and is expected to testify to and about: his experience and background with being a correctional officer and how he became a correctional officer; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; his interaction with the Plaintiffs before and on the day of the alleged incident; how he first learned of the Plaintiffs' allegations against him; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

Page 4 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

8. **Tyler Tarvin.** Mr. Tarvin is currently a Correctional Officer at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. Mr. Tarvin was employed as a Correctional Officer during the times material to Plaintiffs civil complaint and is expected to testify to and about: his experience and background with being a correctional officer and how he became a correctional officer; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; his interaction with the Plaintiffs before and on the day of the alleged incident; how he first learned of the Plaintiffs' allegations against him; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person and his direct testimony is expected to take approximately 30 minutes.

9. **Amy Gibbons, RN.** Registered Nurse (RN) Gibbons is currently a Correctional Registered Nurse at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. RN Gibbons was employed as a Correctional Nurse during the times material to Plaintiffs civil complaint and is expected to testify to and about: her experience and background with being a correctional nurse and how she became a correctional nurse; how long she has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of her work assignment at SRCI; the use of force at ODOC and what her role is; policies and procedures at SRCI regarding the deployment of pepper spray and what her role is; her interaction with the Plaintiffs before and on the day of the alleged incident; and responding to the Plaintiffs' trial testimony as necessary. She is scheduled to appear in court in person, and her direct testimony is expected to take approximately 30 minutes.

10. **Thomas Cabral.** Mr. Cabral is currently a Correctional Officer at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. Mr. Cabral was employed as a Correctional Officer during the times material to Plaintiffs civil complaint and is

Page 5 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

expected to testify to and about: his experience and background with being a correctional officer and how he became a correctional officer; how long he has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of his work assignment at SRCI; the use of force at ODOC; policies and procedures at SRCI regarding the deployment of pepper spray; his interaction with the Plaintiffs before and on the day of the alleged incident; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

11. **Kelcie Main.** Ms. Main is currently the Grievance Coordinator at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. Ms. Main was employed as the Grievance Coordinator during the times material to Plaintiffs civil complaint and is expected to testify to and about: her experience and background with being a grievance coordinator and how she became a grievance coordinator; how long she has worked at SRCI; the experience of working in corrections for the Oregon Department of Corrections ("ODOC"); the nature and purpose of her work assignment at SRCI; policies and procedures at SRCI regarding the grievance process; her interaction with the Plaintiffs before and on the day of the alleged incident; and responding to the Plaintiffs' trial testimony as necessary. She is scheduled to appear in court in person, and her direct testimony is expected to take approximately 30 minutes.

12. **Rodney Pettis.** Mr. Pettis is currently a Facility Energy Technician at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. He will testify to the HVAC ventilation system in Unit 3C at SRCI; How the air is circulated within unit 3C at SRCI; if any structural changes or other changes to the HVAC system have occurred in unit 3C at SRCI since December 2020; other relevant information pertaining to how air flow occurs within SRCI and Unit 3C; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 30 minutes.

Page 6 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

13. **John Taber.** Mr. Taber is currently employed by the Oregon Department of Corrections ("ODOC") as the Administrator of the Professional Development Unit (PDU). Mr. Taber was employed as a Training and Development Specialist for ODOC at EOCI during the times material to Plaintiffs' civil rights complaint and is expected to testify to and about: the delivery of Sabre Red OC spray; the categorization of OC spray exposure; how stream-delivered OC agents generally result in limited secondary or collateral exposure due to their delivery method and physical properties; the effects of OC spray and how the effects dimmish over time; personal experience with being exposed to OC spray; ODOC policies and training governing post-exposure treatment; how the use of OC-based chemical agent is used in response to disturbances involving multiple adults in custody is consistent with ODOC policy and training as a means of achieving the legitimate correctional objective of quelling a disturbance; how the post-exposure responses described in this case complied with ODOC training, and the effects described are consistent with the nature and extent of exposure, including the expected impact of declining post-exposure treatment; and responding to Plaintiff's trial testimony as necessary. He will primarily serve as an expert witness, and his expert witness-related testimony is disclosed in Defendants' Expert Witness List. He is scheduled to appear in court in person, and his direct testimony is expected to take approximately 45 minutes.

14. **Judy Bradford, RN.** Registered Nurse (RN) Bradford is currently Medical Services Manager at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. RN Bradford was employed as a Correctional Nurse during the times material to Plaintiffs civil complaint and is expected to testify to and about: her experience and background with being the Medical Services Manager and how she became the Medical Services Manager; how long she has worked at SRCI; to authenticate ODOC medical records. She is scheduled to appear in court by video, and her direct testimony is expected to take approximately 30 minutes.

15. **Melissa Nofziger**. Melissa Nofziger is currently the agency records officer for the Oregon Department of Corrections. She may be called to testify to authenticate ODOC records.

Page 7 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

She is scheduled to appear in court by video, and her direct testimony is expected to take approximately 30 minutes.

16. **Donald Russell.** Mr. Russell is currently a Facility Energy Technician at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. He will testify to the HVAC ventilation system in Unit 3C at SRCI; and other relevant information pertaining to the HVAC ventilation system at SRCI and Unit 3C; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court by video, and his direct testimony is expected to take approximately 30 minutes.

17. **Ron Thompson.** Mr. Thompson is currently a Facility Energy Technician at Snake River Correctional Institution ("SRCI"), 777 Stanton Blvd, Ontario, Oregon 97914. He will testify to the HVAC ventilation system in Unit 3C at SRCI; other relevant information pertaining to the HVAC ventilation system at SRCI and Unit 3C; and responding to the Plaintiffs' trial testimony as necessary. He is scheduled to appear in court by video, and his direct testimony is expected to take approximately 30 minutes.

18. **James Dentel**. Mr. Dentel is a named Plaintiff in this case. It is expected that Plaintiff Dentel has been called as a witness in the Plaintiffs' case in chief. It is Defendants' understanding that Mr. Dentel will appear by video at trial. Defendants anticipate that Mr. Dentel's cross examination will take approximately 30 minutes.

19. **Tarjen Jokon**. Mr. Jokon is a named Plaintiff in this case. It is expected that Plaintiff Jokon has been called as a witness in the Plaintiffs' case in chief. It is Defendants' understanding that Mr. Jokon will appear in person at trial. Defendants anticipate that Mr. Jokon's cross examination will take approximately 30 minutes.

20. **James Libokmeto**. Mr. Libokmeto is a named Plaintiff in this case. It is expected that Plaintiff Libokmeto has been called as a witness in the Plaintiffs' case in chief. It is Defendants' understanding that Mr. Libokmeto will appear by video at trial. Defendants anticipate that Mr. Libokmeto's cross examination will take approximately 30 minutes.

NA3/bm6/1026983319

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

21. **Dylan Peterson**.  Mr. Peterson is a named Plaintiff in this case. It is expected that Plaintiff Peterson has been called as a witness in the Plaintiffs' case in chief.  It is Defendants' understanding that Mr. Peterson will appear in person at trial. Defendants anticipate that Mr. Peterson's cross examination will take approximately 30 minutes.

22. **Jacob Strock**.  Mr. Strock is a named Plaintiff in this case. It is expected that Plaintiff Strock has been called as a witness in the Plaintiffs' case in chief.  It is Defendants' understanding that Mr. Strock will appear in person at trial. Defendants anticipate that Mr. Strock's cross examination will take approximately 30 minutes.

23. **Michael Wesley**.  Mr. Wesley is a named Plaintiff in this case. It is expected that Plaintiff Wesley has been called as a witness in the Plaintiffs' case in chief.  It is Defendants' understanding that Mr. Wesley will appear in person at trial. Defendants anticipate that Mr. Wesley's cross examination will take approximately 30 minutes.

DATED June   29, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


____*s/ Nathaniel Aggrey*_____
NATHANIEL AGGREY #172283
SETH LICHENSTEIN-HILL #212684
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Nathaniel.Aggrey@doj.oregon.gov
Seth.Lichenstein-Hill@doj.oregon.gov
Of Attorneys for Defendants

Page 9 -    DEFENDANTS' AMENDED LAY WITNESS LIST
NA3/bm6/1026983319

## CERTIFICATE OF SERVICE

I certify that on June <u>29</u>, 2026, I served the foregoing DEFENDANTS' AMENDED LAY

WITNESS LIST upon the parties hereto by the method indicated below, and addressed to the

following:

Juan C. Chavez                      ___ HAND DELIVERY
Hannah Bland                     ___ MAIL DELIVERY
Walter Fonseco                   ___ OVERNIGHT MAIL
Oregon Justice Resource Center    ___ TELECOPY (FAX)
PO Box 5248                       _X_ E-MAIL
Portland, OR 97208             jchavez@ojrc.info
    Attorneys for *Plaintiffs*        hbland@ojrc.info
                                wfonseca@ojrc.info
                                ___ E-SERVE

                              *s/Nathaniel Aggrey*
                              NATHANIEL AGGREY #172283
                              SETH LICHENSTEIN-HILL #212684
                              Senior Assistant Attorneys General
                              Trial Attorneys
                              Tel (503) 947-4700
                              Fax (503) 947-4791
                              Nathaniel.Aggrey@doj.oregon.gov
                              Seth.Lichenstein-Hill@doj.oregon.gov
                              Of Attorneys for Defendants

         NA3/bm6/744457779

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791